# Exhibit 4

# Affidavit of Jason M. Craig

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ASPIRE RESOURCES INC. and IOWA STUDENT LOAN LIQUIDITY CORPORATION,<br><br>　　　　Claimants,<br><br>v.<br><br>HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI ("MOHELA"),<br><br>　　　　Respondent. | CASE NO. _____<br><br><br>**AFFIDAVIT OF JASON M. CRAIG** |

STATE OF IOWA　　）
　　　　　　　　　　） ss.
COUNTY OF POLK　）

　　　　I, Jason M. Craig, being first duly sworn on oath, depose and state the following:

　　　　1.　　I am an attorney for the Claimants, Aspire Resources Inc. ("Aspire") and Iowa Student Loan Liquidity Corporation ("Iowa Student Loan").

　　　　2.　　Iowa Student Loan is a non-profit corporation located in West Des Moines, Iowa.

　　　　3.　　Aspire is a for-profit corporation located in West Des Moines, Iowa and is a wholly-owned subsidiary of Iowa Student Loan.

　　　　4.　　I represented Aspire and Iowa Student Loan in an arbitration before the American Arbitration Association against Respondent Higher Education Loan Authority of the State of Missouri ("MOHELA"), AAA Case No. 01-20-0010-1101.

　　　　5.　　MOHELA is a "public instrumentality" and "body politic and corporate" of the State of Missouri which was created by the General Assembly of the State of Missouri in 1981 pursuant to RSMo. § 173.360.  MOHELA's headquarters are located in Chesterfield, Missouri.

6. In the arbitration proceeding, Aspire and Iowa Student Loan alleged that MOHELA was in breach of two contracts each entitled "Agreement for Teaming Arrangement" that Aspire and Iowa Student Loan had entered into with MOHELA.

7. The document attached as Exhibit 1 to the Application to Confirm Arbitration Award is a true and correct copy (redacted) of an Agreement for Teaming Arrangement dated June 11, 2015, between Aspire and MOHELA.

8. The document attached as Exhibit 2 to the Application to Confirm Arbitration Award is a true and correct copy (redacted) of an Agreement for Teaming Arrangement dated June 11, 2015, between Iowa Student Loan and MOHELA.

9. On September 10, 2021, the arbitration panel entered its final award. The document attached as Exhibit 3 to the Application to Confirm Arbitration Award is a true and correct copy of the award.

10. MOHELA has not filed a motion to vacate, modify, or correct the award.

[Remainder of page intentional left blank; signature page to follow]

Jason M. Craig (AT0001707)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone:  515/243-7611
Facsimile:  515/243-2149
E-mail:  jcraig@ahlerslaw.com
ATTORNEY FOR CLAIMANTS ASPIRE RESOURCES INC. AND IOWA STUDENT LOAN LIQUIDITY CORPORATION

Subscribed to and sworn before me by Jason M. Craig on this 6th day of September, 2022.

_____
Notary Public, State of Iowa

ANNE E. STOKELY
Commission Number 709795
My Commission Expires
5-9-2025

3